MARY PLATTO et al., Appellants, *v.* BERTHA STIER et al., Respondents.

Submitted July 14, 1954; decided July 14, 1954.

*Samuel E. Swiggett* for motion.
*Herbert L. Fine* opposed.

Motion denied.